# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Natividad Montejo Gaspar

**Plaintiff,**

**V.**

Respondents: Christopher J. LaRose,
Warden of Otay Mesa Detention Center;
David Venturella, Director of ICE

**Defendant.**

**Civil Action No.** 26-cv-4836-LL-VET

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Mr. Montejo Gaspar's Amended Petition for Writ of Habeas Corpus is GRANTED IN PART AND DENIED IN PART. This case is hereby closed.

**Date:** 9/29/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ B. Chander
B. Chander, Deputy